# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
SHABAZZ, HAMIDULLAH § Case No. 14-19563
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

               Jeffrey P. Allsteadt
               U.S. Bankruptcy Court Clerk
               219 South Dearborn Street- 7th Floor
               Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/23/2015 in Courtroom 742,
               United States Courthouse
               219 South Dearborn Street
               Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____
                                                                         Clerk of The United States Bankruptcy
                                                                               Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SHABAZZ, HAMIDULLAH | § | Case No. 14-19563 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,000.00 |
| and approved disbursements of | $ | 30.44 |
| leaving a balance on hand of[1] | $ | 6,969.56 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,125.00 | $ 0.00 | $ 1,125.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,575.00 |
| Remaining Balance | $ 4,394.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $ 22,727.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.3 percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fullerton Surgery Center Inc | $ 21,774.38 | $ 0.00 | $ 4,210.20 |
| 000002 | NR Anesthesia & Pain Management | $ 953.50 | $ 0.00 | $ 184.36 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,394.56 |
| | Remaining Balance | | $ | 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
                                                                               Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                   Case No. 14-19563-CAD
Hamidullah Shabazz                                                       Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez            Page 1 of 1                  Date Rcvd: Jun 29, 2015
                              Form ID: pdf006            Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2015.
db             +Hamidullah Shabazz,    3818 West 87th Street,    Chicago, IL 60652-3746
21973280       +Central Medical Specialist,    2715 N Central Ave,    Chicago, IL 60639-1351
21973281        Chase Cardmember Service,    Attn Bankruptcy Notification,    P O Box 15298,
                 Wilmington, DE 19850-5298
21973282       +Drs Sijun Yang and B Young,    454 W Boughton Road,    Bolingbrook, IL 60440-1378
21973284     +++Fullerton Surgery Center Inc,    Raymond E Clutts PC,    1111 N Plaza Drive Suite 405,
                 Schaumburg, IL 60173-4981
21973286       +Marian Orthopedics,    2715 N Central Ave,    Chicago, IL 60639-1351
21973287       +Midwest Academy of Pain & Spine,    2333 N Harlem Ave,    Chicago, IL 60707-2718
21973288     +++NR Anesthesia & Pain Management,    Raymond E Clutts PC,    1111 N Plaza Drive Suite 405,
                 Schaumburg, IL 60173-4981
21973289       +Naperville Medical Imaging,    1888 Bay Scott Circle,    Naperville, IL 60540-1106
21973290       +ProMed,   454 W Boughton Road,    Bolingbrook, IL 60440-3750
21973291       +Robert L. Perlstein,    8634 Callie Avenue,    Morton Grove, IL 60053-2805
21973294       +VQ Orthocare,    954 W Washington Blvd Ste 2,    Chicago, IL 60607-2224
21973293       +Vanguard Medical Group,    3722 Harlem Ave,    Riverside, IL 60546-2331
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21973285       +E-mail/Text: ebn@ltdfin.com Jun 30 2015 01:16:03      LTD Financial Services,
                 7322 Southwest Frwy,   Suite 1600,    Houston, TX 77074-2134
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21973292*      +Hamidullah Shabazz,   3818 West 87th Street,    Chicago, IL 60652-3746
21973283     ##+EQMD Inc,   520 N Kingsbury St #2606,    Chicago, IL 60654-8774
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2015 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com
              Robert L Perlstein    on behalf of Debtor Hamidullah  Shabazz perltone5@yahoo.com,
               bfahy2001@yahoo.com
                                                                                             TOTAL: 4
```