UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHABAZZ, HAMIDULLAH | § | Case No. 14-19563 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                               Assets Exempt: 51,160.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,374.95           Claims Discharged
                                                     Without Payment: 214,923.74

Total Expenses of Administration: 2,625.05

---

3) Total gross receipts of $ 7,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,625.05 | 2,625.05 | 2,625.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 196,570.81 | 22,727.88 | 22,727.88 | 4,374.95 |
| **TOTAL DISBURSEMENTS** | $ 196,570.81 | $ 25,352.93 | $ 25,352.93 | $ 7,000.00 |

4) This case was originally filed under chapter 7 on 05/23/2014 . The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/29/2015           By:/s/Phillip D. Levey
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference Action | 1241-000 | 7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | 2100-000 | NA | 1,450.00 | 1,450.00 | 1,450.00 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 19.61 | 19.61 | 19.61 |
| ASSOCIATED BANK | 2600-000 | NA | 30.44 | 30.44 | 30.44 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 1,125.00 | 1,125.00 | 1,125.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,625.05 | $ 2,625.05 | $ 2,625.05 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Central Medical Specialist 2715 N Central Ave Chicago IL 60639 | | 44,965.00 | NA | NA | 0.00 |
| | Creditor # : 10 ProMed 454 W Boughton Road Bolingbrook IL 60440 | | 75,540.00 | NA | NA | 0.00 |
| | Creditor # : 11 Vanguard Medical Group 3722 Harlem Ave Riverside IL 60546 | | 367.00 | NA | NA | 0.00 |
| | Creditor # : 12 VQ Orthocare 954 W Washington Blvd Ste 2 Chicago IL 60707 | | 2,730.40 | NA | NA | 0.00 |
| | Creditor # : 2 Chase Cardmember Service Attn Bankruptcy Notification P O Box 15298 Wilmington DE 19850-5298 | | 11,602.07 | NA | NA | 0.00 |
| | Creditor # : 3 Drs Sijun Yang and B Young 454 W Boughton Road Bolingbrook IL 60440 | | 1,545.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 4 EQMD Inc 520 N Kingsbury St #2606 Chicago IL 60654 | | 8,075.46 | NA | NA | 0.00 |
| | Creditor # : 5 Fullerton Surgery Center 4849 W Fullerton Ave Chicago IL 60639 | | 21,774.38 | NA | NA | 0.00 |
| | Creditor # : 6 Marian Orthopedics 2715 N Central Ave Chicago IL 60639 | | 20,061.00 | NA | NA | 0.00 |
| | Creditor # : 7 Midwest Academy of Pain & Spine 2333 N Harlem Ave Chicago IL 60707 | | 4,595.00 | NA | NA | 0.00 |
| | Creditor # : 8 N R Anesthesia 4849 W Fullerton Ave Chicago IL 60639 | | 1,248.50 | NA | NA | 0.00 |
| | Creditor # : 9 Naperville Medical Imaging 1888 Bay Scott Circle Naperville IL 60540 | | 4,067.00 | NA | NA | 0.00 |
| | Representing: Chase Cardmember Service | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | FULLERTON SURGERY CENTER INC | 7100-000 | NA | 21,774.38 | 21,774.38 | 4,191.41 |
| 000002 | NR ANESTHESIA & PAIN MANAGEMENT | 7100-000 | NA | 953.50 | 953.50 | 183.54 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 196,570.81 | $ 22,727.88 | $ 22,727.88 | $ 4,374.95 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 14-19563 CAD Judge: CAROL A. DOYLE | Trustee Name: Phillip D. Levey |
| Case Name: SHABAZZ, HAMIDULLAH | Date Filed (f) or Converted (c): 05/23/14 (f) |
| | 341(a) Meeting Date: 07/11/14 |
| For Period Ending: 06/10/15 | Claims Bar Date: 11/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| Ordinary Household Goods and Furnishings Location: In debtor's possession Debtor Claimed Exemption | | | | | |
| 2. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| Basic Wearing Apparel Location: In debtor's possession Debtor Claimed Exemption | | | | | |
| 3. Liquidated Claims | 50,260.00 | 0.00 | | 0.00 | FA |
| Workers Compensation Case Settlement, Case Nos. 10 WC 16591 and 11 WC 28634 Location: In debtor's possession Debtor Claimed Exemption | | | | | |
| 4. Preference Action (u) | 0.00 | 9,225.29 | | 7,000.00 | FA |
| Preference claim against Suisse Bancorp | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $51,160.00      $9,225.29      $7,000.00      $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / /      Current Projected Date of Final Report (TFR): / /

LFORM1      Ver: 18.04c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-19563 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | SHABAZZ, HAMIDULLAH | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5091 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0955 | | |
| For Period Ending: | 09/29/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/15 | 4 | Suisse Bancorp | SETTLEMENT | 1241-000 | 7,000.00 | | 7,000.00 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,990.00 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.06 | 6,979.94 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.38 | 6,969.56 |
| 07/26/15 | 010001 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,125.00 | 5,844.56 |
| 07/26/15 | 010002 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 1,450.00 | 4,394.56 |
| 07/26/15 | 010003 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 19.61 | 4,374.95 |
| 07/26/15 | 010004 | Fullerton Surgery Center Inc<br>Raymond E Clutts PC<br>1111 N Plaza Drive Suite 405<br>Schaumburg, IL 60173 | Claim 000001, Payment 19.24927%<br>(1-1) Modified on 9.4.2014 to<br>correct creditor's name & address (MG) | 7100-000 | | 4,191.41 | 183.54 |
| 07/26/15 | 010005 | NR Anesthesia & Pain Management<br>Raymond E Clutts PC<br>1111 N Plaza Drive Suite 405<br>Schaumburg, IL 60173 | Claim 000002, Payment 19.24908%<br>(2-1) Modified on 9.4.2014 to<br>correct creditor's name & address (MG) | 7100-000 | | 183.54 | 0.00 |

| | COLUMN TOTALS | 7,000.00 | 7,000.00 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 7,000.00 | 7,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 7,000.00 | 7,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******5091 | 7,000.00 | 7,000.00 | 0.00 |
| | 7,000.00 | 7,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 7,000.00 7,000.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-19563 -CAD | |
| Case Name: | SHABAZZ, HAMIDULLAH | |
| Taxpayer ID No: | *******0955 | |
| For Period Ending: | 09/29/15 | |

| | | |
|---|---|---|
| Trustee Name: | Phillip D. Levey | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******5091  Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********5091

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)